United States District Court
Southern District of Texas
**ENTERED**
October 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BEVERLY TUCKER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:17-CV-060 |
| § | |
| MASSACHUSETTS MUTUAL LIFE § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Summary Judgment (D.E. 45), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 3rd day of October, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE